George J. Wall, OSB #93451
gwall@eastpdxlaw.com
1336 E. Burnside Street, Suite 130
Portland, Oregon 97214
Telephone: (503) 236-0068
Fax: (503) 236-0028

     Attorney for Plaintiff, Armin J. Bender


# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON


| | | |
|---|---|---|
| ARMIN J. BENDER | ) | |
| | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. CV-11-242-AA |
| | ) | |
| | ) | |
| MICHAEL ASTRUE, Commissioner | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | STIPULATION AND ORDER |
| | ) | AWARDING ATTORNEY FEES |
|     Defendant, | ) | |

On April 19, 2012 the Court entered judgment remanding this case back to the

Commissioner.  The parties named above through their respective attorneys hereby

agree that attorney fees in the amount of $5,054.51 as provided in the Equal Access to

Justice Act (EAJA), 28 USC 2412(d), should be awarded to Plaintiff, Armin Bender.

Dated: June 6, 2012:

/s/ George J. Wall_____    /s David Burdett_____
George J. Wall, OSB #93451    David Burdett
gwall@eastpdxlaw.com    Office of General Counsel
Telephone: (503) 236-0068    david.burdett@ssa.gov
Fax: (503) 236-0028    Telephone:  (206)615-2522
Attorney for Plaintiff Armin Bender    Fax:  (206)615-2531

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $5,054.51 shall be awarded to Plaintiff, Armin Bender, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.


Signed: ___/s/ Michael H. Simon____    Dated __6/26/2012____
          Judge, U.S. District Court
           District of Oregon


Order prepared by:

/s/ George J. Wall_____
George J. Wall, OSB #934515
Attorney for Plaintiff, Armin Bender
1336 E. Burnside St., Suite 130
Portland OR 97214

Dated:  June 6, 2012


          ___/s/ George Wall_____
          George J. Wall, OSB #93451
          gwall@eastpdxlaw.com
          Phone No.:  503-236-0068
          Fax No.:  503-236-0028
          Attorney for Plaintiff Armin Bender

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Plaintiff's STIPULATION AND ORDER AWARDING ATTORNEY FEES PER EAJA was electronically filed with the Clerk of the Court on June 6, 2012, using the CM/ECF system, which will send notification of such filing to the following:

Adrian L. Brown      adrian.brown@usdoj.gov, cherie.packard@usdoj.gov

David Burdett, david.burdett@ssa.gov; OGC.Seattle.ECF@ssa.gov


DATED:  June 6, 2012.2


            /s/ George Wall
            George J. Wall, OSB #93451
            gwall@eastpdxlaw.com
            Phone No.:  503-236-0068
            Fax No.:  503-236-0028
            Attorney  for Plaintiff Armin Bender